OFT (6/4/13)

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

February 19, 2014

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re )
**Jason Allan Heckel** )  Case No.  **13–64274–tmr7**
**Michele Elaine Heckel** )
*Other names used by debtor:* Natural Instincts )
*Other names used by joint debtor:* Sweet Possibilities ) ORDER AND NOTICE
LLC, ColdStone Creamery #1004, ColdStone ) OF TIME TO FILE CLAIMS
Creamery #1630, Michele Bartram )
Debtor(s) )

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The deadline to file a Proof of Claim is **5/21/14** for all creditors, except for governmental units who must file by the later of either **5/21/14** or within 180 days after the date that relief was ordered. Your claim must be <u>received</u> by the bankruptcy clerk's office by this deadline.

2. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) File proof of claim at www.orb.uscourts.gov. Under the "Information for Creditors" heading, click on File a Proof of Claim and follow the steps to create and electronically file a proof of claim on the required form. No ECF login/password is required.

(b) If you have already filed a claim in this case, do not file it again.

(c) If you do not have internet access, please call the court at 503–326–1500 or 541–431–4000 to request a claim form.