```
                          United States Bankruptcy Court
                                District of Oregon

In re:                                                       Case No. 13-64274-tmr
Jason Allan Heckel                                           Chapter 7
Michele Elaine Heckel
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0979-6          User: bob                   Page 1 of 3                   Date Rcvd: Feb 19, 2014
                              Form ID: OFT                Total Noticed: 153

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2014.
db/jdb         +Jason Allan Heckel,    Michele Elaine Heckel,    PO Box 7322,    Springfield, OR 97475-0013
smg            +Dept of Justice,    Division of Child Support,    Attn: Bankruptcy Unit,    POB 14670,
                 Salem, OR 97309-5013
smg            +US Attorney,    US Attorney,    1000 SW 3rd Ave #600,    Portland, OR 97204-2936
smg            +US Attorney General,    Department of Justice,    10th & Constitution NW,
                 Washington, DC 20530-0001
cr              Garrett Hemann Robertson P.C.,    PO Box 749,    Salem, OR 97308-0749
cr             +Les Schwab Tire Centers of Portland Inc,    POB 5350,    Bend, OR 97708-5350
cr              Oregon Community Credit Union,    PO Box 77002,    Springfield, OR 97475-0146
cr             +Wells Fargo Dealer Services,    P.O. Box 3569,    Rancho Cucamonga, CA 91729-3569
100442129      +A & D Refrigeration,    2321 NW 9th Street,    Corvallis, OR 97330-1573
100442130      +A&E Security and Electric Solutions,    PO Box 179,    McMinnville, OR 97128-0179
100442133       Asset Recovery Group, Inc.,    POB 14949,    Portland, OR 97293-0949
100442134      +Audit systems,    3696 Ulmerton Rd., Ste 200,    Clearwater, FL 33762-4237
100442135      +Benton County Tax Collector,    4077 SW Research Way,    Corvallis, OR 97333-1065
100442136      +Best Heating & Cooling,    38850 Highway 226,    Scio, OR 97374-9515
100442137      +Bob Ferguson, Attorney General,Washingto,    PO Box 40100,    Olympia, WA 98504-0100
100442139      +Bush Animal Hospital,    2415 Oakmont Way,    Eugene, OR 97401-6460
100442142      +CNA Insurance,    PO Box 946580,    Maitland, FL 32794-6580
100442141      +Clay's Refrigeration,    445 River Ave,    Eugene, OR 97404-2510
100442143      +Coldstone Creamery Inc,    9311 E Va De Ventura,    Scottsdale, AZ 85258-3423
100442144      +Coldstone Creamery Leasing CO,    9311 E Va De Ventura,    Scottsdale, AZ 85258-3423
100442145      +Columbia Bank,    PO Box 2156,    Tacoma, WA 98401-2156
100442146      +Columbia Collections,    6915 SE Lake RD STE 200,    Portland, OR 97267-2103
100442147      +Comcast,    2897 Chad Drive,    Eugene, OR 97408-7335
100442149      +Comerica Bank,    PO Box 671737,    Dallas, TX 75267-1737
100442152      +Credit Smart LLC,    273 Walt Whitman Rd. Suite 310,    Huntington Station, NY 11746-4149
100442153      +Cystal Kusst C/o Carl Crowell Law,    PO Box 923,    Salem, OR 97308-0923
100442154      +Dave Crandall PLCC,    PO Box 173,    Loomis, WA 98827-0173
100442155      +Debt Recovery Solutions,    900 Merchants Concourse #106,    Westbury, NY 11590-5114
100442156       Diversified Consultants Inc,    P. O. Box 1391,    Southgate, MI 48195-0391
100442157      +Doug Shelley (Regal Homes),    1173 Spruce Street,    Junction City, OR 97448-1179
100442158      +Dr. Skarada,    3099 River Road South,    Salem, OR 97302-9754
100442161      +EWEB,    POB 10148,    500 East 4th Ave.,    Eugene, OR 97401-2465
100442159      +Enhanced Recovery Group,    PO Box 1259,    Oaks, PA 19456-1259
100442160      +Eugene Urgent Care,    POB 1377,    Eugene, OR 97440-1377
100442162       Express Merchant Processing Services,    5151 Westheimer Road,    Houston, TX 77056
100442163      +Garrett Hemann Robertson PC,    PO Box 749,    Salem, OR 97308-0749
100442164      +Giesa Communications Inc,    20566 NE 33rd Court,    Sammamish, WA 98074-4357
100442165      +Good Samaritan Regional Medical,    3600 NW Samaritan Drive,    Corvallis, OR 97330-3737
100442166      +Heidi Loganbill MD,    174 Shore Pointe Pl N,    Salem, OR 97303-2472
100442167      +Hero Resourcing,    POB 7887,    Springfield, OR 97475-0034
100442169      +Home Depot,    P. O. Box 790328,    Saint Louis, MO 63179-0328
100442173      +Kahala Corp,    9311 E Via De Ventura,    Scottsdale, AZ 85258-3423
100442174      +Kahala Franchising Corp,    9311 E Via De Ventura,    Scottsdale, AZ 85258-3423
100442176      +Kahala Management LLC,    9311 E Via De Ventura,    Scottsdale, AZ 85258-3423
100442177      +Kahala Resturants LLC,    9311 E Via De Ventura,    Scottsdale, AZ 85258-3423
100442180      +LL Bean,    PO Box 1847,    Albany, NY 12201-1847
100442178      +Larry Starks,    2350 NW 9th Street,    Corvallis, OR 97330-1790
100442179      +Les Schwab Tire Center,    POB 5350,    Bend OR 97708-5350
100442181      +Louisa M. Silva MD PC,    PO Box 688,    Salem, OR 97308-0688
100442189      +MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
100442183      +Martha Heckel,    2085 Front Street NE,    Salem, OR 97301-0751
100442184       McMinnville Heating,    3120 99 West,    McMinnville, OR 97128
100442185      +McMinnville Water & Light,    855 NE Marsh Lane,    McMinnville, OR 97128-9309
100442186      +Metropolitan Agencies,    P.O. Box 825,    McMinnville, OR 97128-0825
100442187      +Michael Unrein, CPA,    PO Box 3290,    Salem, OR 97302-0290
100442188      +Moser DDS,    992 Country Club Road #202,    Eugene, OR 97401-6023
100442194     ++NORTHWEST COMMUNITY CREDIT UNION,    PO BOX 70225,    SPRINGFIELD OR 97475-0145
               (address filed with court: Northwest Community Credit Union,    3701 W. 11th,
                 PHYSICAL ADDRESS ONLY DO NOT USE,    Eugene, OR 97402)
100442190      +North Shore Agency,    PO Box 660108,    Dallas, TX 75266-0108
100442191      +North Star Capital Aquisition,    2180 Harvard Street Suite 160,    Sacramento, CA 95815-3314
100442192       Northwest Anesthesia Physicians PC,    P. O. Box 7247,    Eugene, OR 97401-0011
100442193       Northwest Community Credit Union,    P. O. Box 70225,    Eugene, OR 97401
100442195      +Northwest Natural Gas,    P. O. Box 6017,    Portland, OR 97228-6017
100442196      +Northwest Rehabilitation Associates,    3270 Liberty Road South,    Salem, OR 97302-4560
100442198      +ODR,    C/o John Kroger, Attorney General,    Oregon Dept. of Justice,    1162 Court St., NE,
                 Salem, OR 97301-4096
100442200      +OHSU Patient Business Service,    1400 SW 5th Avw Suite 400,    Portland, OR 97201-5541
100442197      +Oak Street Surgical Associates,    875 Oak Street SE STE 4010,    Salem, OR 97301-3989
100442201       Oregon Anesthesiology Group, P.C.,    P. O. Box 2040,    Portland, OR 97208-2040
100442202     #+Oregon Cascade Plumbing & Heating,    PO Box 12127,    Salem, OR 97309-0127
100442203       Oregon Community Credit Union,    P. O. Box 77002,    Eugene, OR 97401-0146
```

```
District/off: 0979-6           User: bob                    Page 2 of 3                   Date Rcvd: Feb 19, 2014
                               Form ID: OFT                 Total Noticed: 153

100442204     +Oregon Department of Consumer & Business,    350 Winter ST, NE Room 400,    Salem, OR 97301-3875
100442205     +Oregon Department of Consumer Business,    PO BOx 14480,    Salem, OR 97309-0405
100442209      Oregon Imaging Center,    P. O. Box 25,    Eugene, OR 97440-0025
100442210      Oregon Medical Group,    PO Box 742785,    Eugene, OR 97402
100442211     +Oregon Spine and Physical Therapy,    911 Country Club Rd., Ste 150,    Eugene, OR 97401-1300
100442212     +Oregon Surgery Center,    2400 Hartman Lane Ste. 300,    Springfield, OR 97477-1138
100442213     +Oregon Urology Institute,    2400 Hartman Lane #200,    Springfield, OR 97477-1122
100442214     +Pacific Coast Credit,    P. O. Box 40580,    Eugene, OR 97404-0091
100442215      Pathology Consultants,    POB 72059,    Eugene, OR 97401
100442216     +Peace Health Hospital,    1115 SE 164th Ave. Dept 334,    Vancouver, WA 98683-8003
100442217     +Peace Health Laboratories,    123 International Way,    Springfield, OR 97477-1047
100442218      PeaceHealth,    P. O. Box 569,    Eugene, OR 97440-0569
100442219     +PeaceHealth Medical,    P. O Box 24410,    Eugene, OR 97402-0451
100442221     +Pringles Refrigeration,    1109 NE Lafayette Ave,    McMinnville, OR 97128-6263
100442224      Providence Home Services,    PO Box 5936A,    Portland, OR 97228
100442225      Quest Diagnostics,    P. O. Box 740783,    Cincinnati, OH 45274-0698
100442229      RMS,    PO BOx 28043,    East Hartford, CT 06128
100442226     +Radiology Associates,    PO Box 482,    Eugene, OR 97440-0482
100442228     +Regency Centers,    C/O Jan Sokol,    2300 SW 1st Ave,,    Portland, OR 97201-5047
100442230     +Russell’s Landscape Service Inc,    5391 Reed Lane SE,    Salem, OR 97306-9679
100442231      Sacred Heart Physicians,    P. O. Box 24410,    Eugene, OR 97402-0451
100442232     +Sacred Heat IDX FC,    PO Box 24410,    Eugene, OR 97402-0451
100442233     +Salem Clinic,    2020 Capitol Street NE,    Salem, OR 97301-0698
100442234     +Salem Hospital,    890 Oak Street SE,    Salem, OR 97301-3905
100442235     +Samaritan North Lincoln Hospital,    3043 NE 28th Street,    Lincoln City, OR 97367-4518
100442236     +Slater, Tenaglia, Fritz & Hunt PA,    Po Box 825,    McMinnville, OR 97128-0825
100442237     +Slocum Ctr for Orthopedics & Sports,    P. O. Box 11707,    Eugene, OR 97440-3907
100442238     +Slocum Orthopedics PC,    55 Coburg Rd.,    Eugene, OR 97401-2433
100442239     +Spectrum CPA Group, LLC,    Po Box 905,    Corvallis, OR 97339-0905
100442240    #+Stacy McCarty,    3255 Cooke Street S,    Salem, OR 97302-5515
100442242     +Sunrise Credit Services, Inc.,    P. O. Box 9168‘,    Farmingdale, NY 11735-9168
100442243      Suttel & Hammer P.S,    PO Box C-90006,    Bellevue, WA 98009
100442244     +Sweet Possibilities LLC,    PO Box 7322,    Eugene, OR 97475-0013
100442246     +Taylor Park, Inc,    24527 Taylor Park Road SE,    Lyons, OR 97358-9702
100442247    #+Tensegrity Physical Therapy,    566 Olive Street,    Eugene, OR 97401-2645
100442249    #+The Brachfield Law Group,    880 Apollo St., Ste 155,    El Segundo, CA 90245-4783
100442250     +The Marble Center,    2085 Front Street NE,    Salem, OR 97301-0751
100442251     +The Scott Law Group,    497 Oakway Road Ste 245,    Eugene, OR 97401-5608
100442252     +Therapeutic Associates,    16083 SW Upper Boones Ferry Rd. STE 300,    Portland, OR 97224-7736
100442253     +Three Rivers Anes.,    POB 4008,    Portland, OR 97208-4008
100442255    #+Transworld Systems,    5440 SW Westgate Dr. #120,    Portland, OR 97221-2413
100442257     +Travelers Indemnity Co.,    PO Box 660317,    Dallas, TX 75266-0317
100442262     +Valley Credit Service,    626 Appleblossom Ave., NE,    Salem, OR 97303-6013
100442270     +West Valley Law Group,    650 NW Harrison Blvd,    Corvallis, OR 97330-4819
100442271     +Yamhill County Tax Collector,    535 NE 5th Street Room #42,    McMinnville, OR 97128-4504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QRRSTICKA.COM Feb 20 2014 01:48:00      Ronald R Sticka,    POB 10990,    Eugene, OR 97440-2990
smg            EDI: ORREV.COM Feb 20 2014 01:49:00      ODR Bkcy,    955 Center NE #353,    Salem, OR  97301-2555
100442131      EDI: AFNIRECOVERY.COM Feb 20 2014 01:48:00      AFNI,    P. O. Box 3427,
               Bloomington, IL 61702-3427
100442132     +EDI: ALLIANCEONE.COM Feb 20 2014 01:49:00      Alliance One,    4850 Street Road #300,
               Feasterville Trevose, PA 19053-6643
100442138     +E-mail/Text: banko@bonncoll.com Feb 20 2014 01:55:50      Bonneville Billing,
               1186 E. 4600 S Ste 100,    Ogden, UT 84403-4896
100442140     +E-mail/Text: CASCADE@CASCADECOLLECTIONS.COM Feb 20 2014 01:55:25      Cascade Collections,
               POB 3166,    Salem, OR 97302-0166
100442148     +EDI: WFNNB.COM Feb 20 2014 01:48:00      Comenity Bank,    POB 182789,    Columbus, OH 43218-2789
100442150     +EDI: CCS.COM Feb 20 2014 01:48:00      Credit Collection Services,    Two Wells Avenue,
               Newton Center, MA 02459-3246
100442151     +EDI: CMIGROUP.COM Feb 20 2014 01:49:00      Credit Management,    4200 International Pkway,
               Carrollton, TX 75007-1912
100442168      EDI: CITICORP.COM Feb 20 2014 01:48:00      Home Depot,    P. O. Box 6497,
               Sioux Falls, SD 57117-6497
100442170      EDI: IRS.COM Feb 20 2014 01:49:00      IRS,    324 E 2500 S,    Ogden, UT 84201
100442172      EDI: IRS.COM Feb 20 2014 01:49:00      IRS,    By Eric Holder, Attorney General,
               10th Consitution NW #4400,    Washington, DC 20530
100442171     +EDI: IRS.COM Feb 20 2014 01:49:00      IRS,    Centralized Insolvency,    POB 7346,
               Philadelphia, PA 19101-7346
100442182     +E-mail/Text: mmrgbk@miramedrg.com Feb 20 2014 01:55:27      M2 Revenue Group,    991 Oak Creek Dr.,
               Lombard, IL 60148-6408
100442199     +EDI: ORREV.COM Feb 20 2014 01:49:00      ODR,    Attention Bankruptcy Unit,    955 Center St., NE,
               Salem, OR 97301-2555
100442206      EDI: ORREV.COM Feb 20 2014 01:49:00      Oregon Department of Revenue,    P. O. Box 14725,
               Salem, OR 97309-5018
100442207     +EDI: ORREV.COM Feb 20 2014 01:49:00      Oregon Dept. of Revenue,    ODR  BKCY,
               955 Center St., NE #353,    Salem, OR 97310-0001
100442208     +E-mail/Text: bankrupt.emp@state.or.us Feb 20 2014 01:55:52      Oregon Employment Department,
               875 Union Street NE,    Salem, OR 97311-0800
```

```
District/off: 0979-6           User: bob                   Page 3 of 3                   Date Rcvd: Feb 19, 2014
                               Form ID: OFT                Total Noticed: 153
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
100442223      E-mail/Text: bknotices@professionalcredit.com Feb 20 2014 01:55:44
               Professional Credit Services,   2892 Crescent Ave,    Eugene, OR 97408
100442220     +E-mail/PDF: Credit.Approvals@pgn.com Feb 20 2014 01:57:07       Portland General Electric,
               P. O. Box 4404,    Portland, OR 97208-4404
100442222      E-mail/Text: bknotices@professionalcredit.com Feb 20 2014 01:55:44
               Professional Credit Services,   P. O. Box 7548,    Eugene, OR 97401
100442227     +E-mail/Text: bknotices@professionalcredit.com Feb 20 2014 01:55:44       Ray Klein, Inc.,
               400 International Way, #100,   Springfield, OR 97477-7002
100456052      EDI: RECOVERYCORP.COM Feb 20 2014 01:48:00       Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
100442241      EDI: WADEPREV.COM Feb 20 2014 01:49:00       State of Washington,   900 4th Ave Ste 2000,
               Seattle, WA 98164
100442245     +EDI: AISTMBL.COM Feb 20 2014 01:49:00       T Mobile BK Dept.,   P. O. Box 53410,
               Bellevue, WA 98015-3410
100442248     +EDI: CITICORP.COM Feb 20 2014 01:48:00       THD/CBSD,   P. O. Box 6497,
               Sioux Falls, SD 57117-6497
100442254     +E-mail/Text: bknotices@totalcardinc.com Feb 20 2014 01:55:26       Total Card, Inc.,
               5109 S. Broadband Lane,   Sioux Falls, SD 57108-2208
100442256     +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 20 2014 01:55:37       Transworld Systems Inc,
               507 Prudential Road,   Horsham, PA 19044-2308
100442261      EDI: USBANKARS.COM Feb 20 2014 01:49:00       US Bank,   Bankruptcy Dept.,   P. O. Box 5227,
               Cincinnati, OH 45201
100442258      EDI: USBANKARS.COM Feb 20 2014 01:49:00       US Bank,   Consumer Loan Dept.,   1850 Osborne Avenue,
               Oshkosh, WI 54902
100442259      EDI: USBANKARS.COM Feb 20 2014 01:49:00       US Bank,   P. O. Box 790179,
               Saint Louis, MO 63179-0288
100442260      EDI: USBANKARS.COM Feb 20 2014 01:49:00       US Bank,   POB 5227,   Cincinnati, OH 45201-3923
100442263     +EDI: AFNIVZWIRE.COM Feb 20 2014 01:48:00       Verizon,   P. O. Box 660108,   Dallas, TX 75266-0108
100442264     +EDI: AFNIVZWIRE.COM Feb 20 2014 01:48:00       Verizon Wireless,   P. O. Box 26055,
               Minneapolis, MN 55426-0055
100442265      EDI: WFFC.COM Feb 20 2014 01:48:00       Wells Fargo,   POB 6995,   Portland, OR 97228-6995
100442266     +EDI: WFFC.COM Feb 20 2014 01:48:00       Wells Fargo,   P. O. Box 10335,
               Des Moines, IA 50306-0335
100442267     +EDI: WFFC.COM Feb 20 2014 01:48:00       Wells Fargo Bank,   P. O. Box 98798,
               Las Vegas, NV 89193-8798
100442268     +EDI: WFFC.COM Feb 20 2014 01:48:00       Wells Fargo Dealer Services,
               Attn: Corespondence-MAC T9017-026,    PO Box 168048,   Irving, TX 75016-8048
100442269     +EDI: WFFC.COM Feb 20 2014 01:48:00       Wells Fargo Financial,   PO Box 98798,
               Las Vegas, NV 89193-8798
                                                                                               TOTAL: 39

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +The Scott Law Group,   497 Oakway Road, Ste. 245,    Eugene, OR 97401-5608
100442175*   +Kahala Franchising LLC,   9311 E Via De Ventura,   Scottsdale, AZ 85258-3423
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2014 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0

Case 13-64274-tmr7    Doc 30    Filed 02/21/14

OFT (6/4/13)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**
U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

February 19, 2014

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
**Jason Allan Heckel**
**Michele Elaine Heckel**
 *Other names used by debtor:* Natural Instincts
 *Other names used by joint debtor:* Sweet Possibilities LLC, ColdStone Creamery #1004, ColdStone Creamery #1630, Michele Bartram
Debtor(s)

Case No. **13–64274–tmr7**

ORDER AND NOTICE OF TIME TO FILE CLAIMS

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The deadline to file a Proof of Claim is **5/21/14** for all creditors, except for governmental units who must file by the later of either **5/21/14** or within 180 days after the date that relief was ordered. Your claim must be <u>received</u> by the bankruptcy clerk's office by this deadline.

2. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) File proof of claim at www.orb.uscourts.gov. Under the "Information for Creditors" heading, click on File a Proof of Claim and follow the steps to create and electronically file a proof of claim on the required form. No ECF login/password is required.

(b) If you have already filed a claim in this case, do not file it again.

(c) If you do not have internet access, please call the court at 503–326–1500 or 541–431–4000 to request a claim form.